```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :    22cr353 (DLC)
                                         :
JQUANN MEADOWS,                          :    ORDER
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Defense counsel having reported that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea is scheduled for **August 26, 2022 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         August 24, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge