# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 15, 2022

**By ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Denied.*
*/s/ Denise Cote*
*11/16/22*

Re: **United States v. Jquann Meadows**
    **22 Cr. 353 (DLC)**

Dear Judge Cote:

With the consent of the Government, I write to respectfully request an adjournment of Mr. Meadows's sentencing hearing by approximately 45 days. This is Mr. Meadows's first request for an adjournment of sentencing.

Currently, Mr. Meadows is scheduled for sentencing on December 2, 2022. I write to request an adjournment of the sentencing hearing to the week of January 16 or January 23, with the defense sentencing submission due two weeks before sentencing, and the Government's submission due one week before. Our office is in the process of having Mr. Meadows evaluated and gathering medical and social services records critical to Mr. Meadows's mitigation. A brief adjournment would allow sufficient time for the process to be completed. Moreover, the Presentence Report is currently in the draft phase, with the initial disclosure submitted to the parties on November 9, 2022. An adjournment would allow the parties to review and incorporate the final Presentence Report prior to the sentencing submissions deadlines.

As noted above, the Government consents to an adjournment of the sentencing hearing.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/