UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :     22cr353 (DLC)
                                         :
JQUANN MEADOWS,                          :     ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

On March 12, 2025, the Second Circuit Court of Appeals issued a Summary Order affirming in part and vacating and remanding in part the judgment in this case. Accordingly, it is hereby

ORDERED that the parties shall consult and upon the issuance of the Mandate, file a letter requesting either a resentencing in this matter or the issuance of an amended judgment.

Dated:   New York, New York
         March 13, 2025

                                         _____
                                                 DENISE COTE
                                         United States District Judge